David Lopez, Esq. (DL-6779)
*Attorney for Plaintiff*
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:   631.287.5520
Fax:   631.283.9178
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

            **Plantiff,**

v.

MORGAN STANLEY HIGH YIELD
FUND, INC., (Now Known As INVESCO
HIGH YIELD INVESTMENTS FUND, INC.,

            **Nominal Defendant,**

BULLDOG INVESTORS GENERAL
PARTNERSHIP and PHILLIP GOLDSTEIN,

            **Defendants.**

_____/

10 Civil 3131 (Cote, J.)

## MOTION PURSUANT TO F.R.C.P. RULE 23.1
## FOR PRELIMINARY APPROVAL OF STIPULATED JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff, Deborah Donoghue, will move before the Honorable Denise L. Cote, Judge of the United States District Court for the Southern District of New York at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by the court, for an order pursuant to F.R.C.P. Rule 23.1 for preliminary approval of a stipulated judgment and for a

determination whether a fairness hearing shall be held and if so the kind and extent of shareholder notice to be given and for such other relief as the court may deem just and proper.

Dated: Southampton, New York
September 21, 2010

_____
David Lopez, Esq.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

DAVID LOPEZ, a member of the bar of this court, hereby certifies that he served a true copy of the foregoing MOTION PURSUANT TO F.R.C.P. RULE 23.1 FOR PRELIMINARY APPROVAL OF STIPULATED JUDGMENT on:

Todd S. Garber, Esq.
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, 5th Floor
White Plains, New York 10601

Joseph F. Donley, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-8797

by ECF Filing and by Priority Mail on this 21st day of September, 2010.

_____
David Lopez, Esq. (DL-6799)